THE HON. ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| MARY CHANDLER, et al. | 2:04-cv-01300-RSL |
| Plaintiffs, | |
| v. | STIPULATION AND SCHEDULING ORDER |
| GREENSTONE LTD., et al. | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN DEFENDANTS AND PLAINTIFFS:

1. The discovery deadline is extended from June 5 to June 20.

2. The deadline for discovery motions is extended from June 3 to June 17.

3. The deadline for motions (if any) seeking to exclude the testimony of Plaintiffs' experts Drs. Patsner, Colditz and Gann, will be due ten (10) days after receipt of the certified transcripts of their depositions.

4. All other deadlines in the Minute Order Setting Trial Date and Related Dates, filed September 10, 2010, will remain the same.

STIPULATION AND
SCHEDULING ORDER - 1
No. 2:04-cv-01300

KAYE SCHOLER LLP
1999 AVENUE OF THE STARS, SUITE 1700
LOS ANGELES, CA 90067-6048
(310) 788-1000

| | |
|---|---|
| Dated: May 26, 2011 | KAYE SCHOLER LLP |
| | By: ___/s/ Wendy S. Dowse___<br>    Wendy S. Dowse<br>    *Pro Hac Vice* |
| | Attorneys for Defendants |
| Dated: May 26, 2011 | WILLIAMS LOVE O'LEARY & POWERS |
| | By: _/s/ Michael L. Williams___<br>    Michael L. Williams |
| | Attorneys for Plaintiffs |

**IT IS SO ORDERED:**

/s/ Robert S. Lasnik
Hon. Robert S. Lasnik
United States District Judge
Western District of Washington

DATED: May 27, 2011

STIPULATION AND
SCHEDULING ORDER - 2
No. 2:04-cv-01300

KAYE SCHOLER LLP
1999 AVENUE OF THE STARS, SUITE 1700
LOS ANGELES, CA 90067-6048
(310) 788-1000