UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
MARY CHANDLER, *et al.*,                  )   No. C04-1300RSL
                                          )
                Plaintiffs,      )
                                          )   ORDER TO SHOW CAUSE
   v.                                     )
                                          )
GREENSTONE LTD., *et al.*,                )
                                          )
                Defendants.      )
_____)

        This matter comes before the Court *sua sponte*. On July 22, 2011, defendants filed a "Reply in Support of Defendants' Motion to Exclude the Testimony of Paul M. Goldfarb, M.D." which, taken as a whole, exceeds 50 pages in length. (Dkt. # 84). As of this date, a courtesy copy of these documents has not been provided for chambers.

        Defendants are is hereby ORDERED to show cause, within five days of the date of this Order, why they should not be sanctioned for failure to comply with Local Rule 10(e)(8), the "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 26), and the "Minute Order Setting Trial Date and Related Dates" (Dkt. # 37). Defendants shall immediately deliver a paper copy of the reply and all supporting documents, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

ORDER TO SHOW CAUSE

1         Dated this 28th day of July, 2011.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE -2-