THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **MARY CHANDLER AND MICHAEL CHANDLER**, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>**GREENSTONE LTD., et al.**<br><br>Defendants. | **Case No. 04-1300RSL**<br><br>**PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION *IN LIMINE* NO. 27, TO EXCLUDE REFERENCES OR ARGUMENT THAT ANY TOXINS, POLLUTANTS, PESTICIDES OR PROXIMITY TO A SUPERFUND SITE CONTRIBUTED TO PLAINTIFF'S BREAST CANCER.** |

Defendants claim that their own experts, as well as the jury, should be allowed to speculate that some amount of unknown exposure, to some unknown environmental toxins, caused Mrs. Chandler's breast cancer. Defendants do not offer a single expert report in support of this speculation. Indeed, the three defense experts admit they have no idea what caused Mrs. Chandler's breast cancer (see Plaintiffs' Reply in Support of Motion *in Limine* No. 13).

Defendants cite two review papers, not any original research or data, in their opposition brief. However, neither of these review papers was cited – let alone discussed – in any of the three defense experts' causation reports.

Defendants also overlook the well established principle that the evidentiary requirements

PLFS' REPLY IN SUPPORT OF THEIR MOTION  1
*IN LIMINE*  NO. 27
NO. 04-1300RSL

LAW OFFICES OF
WILLIAMS LOVE O'LEARY & POWERS, P.C.
9755 SW Barnes Rd., #450
Portland, Oregon 97225-6681
503/295-2924
503/295-3720 (facsimile)

243747

1  for reliability of opinion testimony apply with equal force to their experts. The proponent of the
2  evidence bears the burden of establishing that the pertinent admissibility requirements are met by
3  a preponderance of the evidence. Advisory committee note (2000 amendments) to Fed. R. Evid.
4  702. The expert's bald assurance of validity does not satisfy the requirements of *Daubert* and
5  Rule 702. *Daubert v. Merrell Dow Pharms., Inc., ("Daubert II")*, 43 F.3d 1311, 1316 (9th Cir.
6  1995). "Rather, the party presenting the expert must show that the expert's findings are based on
7  sound science, and this will require some objective, independent validation of the expert's
8  methodology." *Id.*

9  Establishing these requirements for all parties is necessary because <u>any</u> expert's opinion
10 "can be both powerful and quite misleading because of the difficulty in evaluating it." *Daubert*
11 *v. Merrell Dow Pharms., Inc.,* 509 U.S. 579, 595 (1993) (internal citations and quotation marks
12 omitted).  As the Ninth Circuit cautioned, "Maintaining *Daubert's* standards is particularly
13 important considering the aura of authority experts often exude, which can lead juries to give
14 more weight to their testimony. *Elsayed Mikhtar v. California State Univ., Hayward,* 299 F.3d
15 1053, 1063-64 (9th Cir. 2002).

16 To allow defendants to suggest, directly or by cross examination, that exposure to
17 pesticides or some other unidentified environmental toxin was the cause Mary Chandler's breast
18 cancer would permit the very type of misleading, scientifically and factually unsupported claims
19 that Rule 702 and *Daubert* intended to exclude.

20 Dated: September 20, 2011.

21 Respectfully submitted,

22 By: s/Michael L. Williams
    Michael L. Williams, OSB No. 784260

23
24 By:  s/ Leslie W. O'Leary
    Leslie W. O'Leary, OSB No. 990908
    WILLIAMS LOVE O'LEARY & POWERS, P.C.
25  9755 SW Barnes Road, Suite 450
    Portland, OR 97225-6681
26  Telephone: (503) 295-2924

PLFS' REPLY IN SUPPORT OF THEIR MOTION  2
IN LIMINE NO. 27
NO. 04-1300RSL

LAW OFFICES OF
WILLIAMS LOVE O'LEARY & POWERS, P.C.
9755 SW Barnes Rd., #450
Portland, Oregon 97225-6681
503/295-2924
503/295-3720 (facsimile)

243747

| | |
|---|---|
| 1 | Facsimile: (503) 295-3720 |
| 2 | Email: mwilliams@wdolaw.com |
| | loleary@wdolaw.com |
| 3 | By: s/ Lance Palmer |
| | Lance Palmer, WSBA 18141 |
| 4 | Kraft Palmer Davies PLLC |
| | 1001 4th Ave, Suite 4131 |
| 5 | Seattle, WA 98154 |
| | Telephone: (206) 624-8844 |
| 6 | Fax: (206) 624-2912 |
| | Email: lep@admiralty.com |
| 7 | |
| | Attorneys for Plaintiffs |

**PLFS' REPLY IN SUPPORT OF THEIR MOTION IN LIMINE NO. 27**
**NO. 04-1300RSL**

3

LAW OFFICES OF
WILLIAMS LOVE O'LEARY & POWERS, P.C.
9755 SW Barnes Rd., #450
Portland, Oregon 97225-6681
503/295-2924
503/295-3720 (facsimile)

243747

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of September, 2011 a copy of the foregoing document was served according to this Court's provision for service as set forth in the pretrial orders via ECF notification:

| | |
|---|---|
| Darolyn Yoshie Hamada, Esq.<br>dhamada@shb.com<br>Shooke Hardy & Bacon<br>5 Park Plaza Suite 1600<br>Irvine, CA  92614-2546 | Adrienne D. Gonzalez, Esq.<br>agonzalez@kayescholer.com<br>Kaye Scholer (NY)<br>425 Park Ave.<br>New York, NY  10022 |
| Julie Belezzuoli, Esq.<br>julie.belezzuoli@kayescholer.com<br>Kaye Scholer<br>1999 Avenue of the Stars Suite 1700<br>Los Angeles, CA  90067-6048 | Wendy S. Dowse, Esq.<br>wdowse@kayescholer.com<br>Andrew K. Solow<br>asolow@kayescholer.com<br>Kaye Scholer LLP<br>425 Park Avenue<br>New York, NY  10022-3598 |
| Kathy A. Cochran<br>Cochran@wscd.com<br>Wilson Smith Cochran Dickerson<br>901 Fifth Ave., Suite 1700<br>Seattle, WA  98164 | Heidi K. Hubbard, Esq.<br>hhubbard@wc.com<br>Williams & Connolly LLP<br>725 Twelfth St NW<br>Washington, DC  20005-5901 |
| Pamela Yates, Esq.<br>pyates@kayescholer.com<br>Kaye Scholer LLP<br>1999 Avenue of the Stars, Suite 1700<br>Los Angeles, CA  90067-6048 | Attorney for defendants |
| Attorneys for Defendants | |

By: /s/ Michael L. Williams
Michael L. Williams, OSB No. 784260
Leslie W. O'Leary, OSB No. 990908
WILLIAMS LOVE O'LEARY & POWERS, P.C.
9755 SW Barnes Road, Suite 450
Portland, OR 97225-6681
Telephone: (503) 295-2924
Facsimile: (503) 295-3720
Email:  mwilliams@wdolaw.com
        loleary@wdolaw.com

PLFS' REPLY IN SUPPORT OF THEIR MOTION *IN LIMINE* NO. 27
NO. 04-1300RSL

4

LAW OFFICES OF
WILLIAMS LOVE O'LEARY & POWERS, P.C.
9755 SW Barnes Rd., #450
Portland, Oregon  97225-6681
503/295-2924
503/295-3720 (facsimile)

243747