UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                          )
MARY CHANDLER, *et al.*,                  )   No. C04-1300RSL
                                          )
                    Plaintiffs,           )
                                          )   ORDER OF DISMISSAL
    v.                                    )
                                          )
GREENSTONE LTD., *et al.*,                )
                                          )
                    Defendants.           )
_____)

It having been reported to the Court on March 14, 2012, that the above cause has been settled in principle and no final order having yet been presented, it is hereby ORDERED that this cause be and the same is hereby DISMISSED. The trial and all related dates are hereby STRICKEN. This dismissal shall be without prejudice to the right of any party to, within 120 days of this Order, reopen this cause if the reported settlement is not consummated.

Dated this 14th day of March, 2012.

/s/ Robert S. Lasnik
_____
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL